UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF FLORIDA
TALLAHASSEE DIVISION

STACY DILMORE,

    Plaintiff,

v.

CITY OF QUINCY,

    Defendant.

_____/

CASE NO. _____

LOWER CASE NO. 2024-CA-000005

## NOTICE OF REMOVAL

**TO:   THE JUDGES OF THE NORTHERN DISTRICT OF FLORIDA**

Defendant, CITY OF QUINCY ("City"), pursuant to 28 U.S.C. §§1331, 1343, 1367, 1441(a), 1446, and Local Rule 7.2, hereby gives this Notice of Removal of an action pending before the Circuit Court of the Second Judicial Circuit, in and for Gadsden, Florida, and states:

### I.   Procedural Allegations:

1.   Plaintiff sued Defendant City in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida, Case No: 2024-CA-000005. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the state court proceeding are attached hereto as:

    Exhibit "A"       Docket

    Exhibit "B"       Complaint

    Exhibit "C"       Civil Cover Sheet

| | |
|---|---|
| Exhibit "D" | Uniform Order |
| Exhibit "E" | Summons Issued |
| Exhibit "F" | Plaintiff's Notice of Appearance and Designation of Primary and Secondary E-Mail Address |
| Exhibit "G" | Return of Sub-Service on City of Quincy |
| Exhibit "H" | Notice of Service of Defendant's First Interrogatories to Plaintiff |
| Exhibit "I" | Defendant City of Quincy's Answer and Affirmative Defenses |
| Exhibit "J" | Plaintiff's First Interrogatories to Defendant |
| Exhibit "K" | Plaintiff's First Request for Production of Documents to Defendant |
| Exhibit "L" | Notice of Removal – State |

2.    Plaintiff served Defendant Sheriff on February 15, 2024. This Removal is timely filed under 28 U.S.C. §1446(b).

3.    A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the state trial court on this date.

## II.    Federal Jurisdiction:

1.    All Counts of the Complaint are brought under Chapter 760, Florida Statutes, and 42 U.S.C. §2000e et seq.  This Court has subject matter jurisdiction over these claims based on federal question jurisdiction, 28 U.S.C.

2

§1331.[1] The Court also has original jurisdiction over Plaintiff's federal civil rights claims under 28 U.S.C. § 1343(a).

**WHEREFORE**, Defendant CITY OF QUINCY requests that all claims in the referenced action be removed to this Court.

Respectfully submitted March 15, 2024.

*/s/ William B. Armistead*



William B. Armistead (FBN: 0088535)
warmistead@coppinsmonroe.com
bkucala@coppinsmonroe.com
bmiller@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420
Fax: 850-422-2730

ATTORNEYS FOR CITY OF QUINCY

## CERTIFICATE OF SERVICE

Pursuant to Rule 2.516, *Florida Rules of Judicial Administration*, this document is being filed electronically, and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ William B. Armistead*

---

[1] Federal question jurisdiction exists in a civil matter when the "claim or right aris[es] under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1441(b).

4880-1857-4609, v. 1